UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23185-CV-WILLIAMS/REID

RUN-TIGER, LLC,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

      Defendants.

_____/

## REPORT AND RECOMMENDATION ON PLAINTIFF'S
## MOTION FOR PRELIMINARY INJUNCTION

**THIS MATTER** is before the Court upon Plaintiff's Motion for Entry of a Preliminary Injunction ("Plaintiff's Motion"). [ECF No. 8]. The Plaintiff RUN-TIGER LLC, d/b/a RUN-CHICKEN ("RUN-CHICKEN" or "Plaintiff") moves for entry of a preliminary injunction against Defendants, the Individuals, Business Entities, and Unincorporated Associations Identified in the Schedule A to the Preliminary Injunction Order (collectively, "Defendants") and using at least the domain names identified in the Schedule A to such Order (the "Defendant Domain Names") and the online marketplace accounts identified in such Schedule A (the "Online Marketplace Accounts"), and an order restraining the financial accounts used by Defendants pursuant to 15 U.S.C. § 1116, 17 U.S.C. § 502, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a).

The Court convened a hearing on October 23, 2023. Counsel for Plaintiff was present and

1

available to present evidence supporting the Motion. Defendant No. 368 also appeared, however, and challenged the preliminary injunction. Plaintiff withdrew the request to enjoin Defendant No. 368.

Because the Plaintiff has satisfied the requirement for the issuance of a preliminary injunction against the remaining Defendants listed in Schedule A to this Report, it is **RECOMMENDED** that Plaintiff's Motion for Preliminary Injunction as to the Defendants listed in Schedule A to this Report be **GRANTED**.

## I.    FACTURAL BACKGROUND

Plaintiff RUN-CHICKEN is the owner of the following trademarks and copyright registrations, which are valid and registered on the Principal Register of the United States Patent and Trademark Office and the Copyright Office.

The RUN-CHICKEN Trademarks are included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 6,454,213 | RUN-CHICKEN | |
| 6,939,573 | RUN-CHICKEN | |

The RUN-CHICKEN Copyrights are included in the below chart.

| Registration Number | Title of Work |
|---|---|
| VA 2-330-811 | CHICKEN DOOR |
| VA 2-330-915 | RUN-CHICKEN PHOTOGRAPHS |

The Defendants, through the various Internet based e-commerce stores operating under the seller identities identified on Schedule A to the Complaint (the "Seller IDs"), have advertised, promoted, offered for sale, or sold goods bearing and/or using what Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the RUN-CHICKEN Trademarks and Copyrights. *See* Declaration of Jure Markic ("Markic Decl.") at ¶¶ 15-17.

Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the RUN-CHICKEN Trademarks or Copyrights. *See* Markic Decl. at ¶ 17.

Plaintiff investigated the promotion and sale of counterfeit and infringing versions of the Plaintiff's branded and copyright protected products by the Defendants. *See* Markic Decl. at ¶¶ 15. Plaintiff accessed each of the e-commerce stores operating under the Defendants' Seller IDs, initiated the ordering process for the purchase of a product from each of the Seller IDs, bearing counterfeits of the RUN-CHICKEN Trademarks and Copyrights at issue in this action, and completed a checkout page requesting each product to be shipped to an address in the Southern District of Florida. *See id*. Plaintiff conducted a review and visually inspected the RUN-CHICKEN branded item and Copyrights for which orders were initiated by Plaintiff's third-party investigator via the Seller IDs and determined the products were non-genuine, unauthorized versions of Plaintiff's products. *See id*.

## II.    LEGAL STANDARD

To obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the nonmovant; and (4) that the entry of the relief would serve the public interest."  *Schiavo ex. Rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

## III.    CONCLUSIONS OF LAW

The declarations the Plaintiff submitted in support of its Motion for Preliminary Injunction

support the following conclusions of law:

      A.     Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, and/or distribution of goods bearing and/or using counterfeits, reproductions, or colorable imitations of Plaintiff's RUN-CHICKEN Trademarks and Copyrights, and that the products Defendants are selling and promoting for sale are copies of Plaintiff's respective products that bear and/or use copies of Plaintiff's respective Trademarks and Copyrights.

      B.     Because of the infringement of Plaintiff's Trademarks and Copyrights, Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. The following specific facts, as set forth in Plaintiff's Complaint, Application for Temporary Restraining Order, and accompanying declarations, demonstrate that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers in view of the following considerations:

          1.     Defendants own or control e-commerce stores and commercial Internet websites operating under their respective seller identification names and domain names which advertise, promote, offer for sale, and sell products bearing and/or using counterfeit and infringing trademarks and copyrights in violation of Plaintiff's respective rights;

          2.     There is good cause to believe that more counterfeit and infringing products bearing and/or using Plaintiff's trademarks and copyrights will appear in the marketplace; that consumers are likely to be misled, confused, and/or disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products; and

      C.     The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential

harm to Plaintiff, its reputation, and its goodwill as manufacturers and distributors of quality products if such relief is not issued.

      D.      The public interest favors issuance of a preliminary injunction to protect Plaintiff's trademark and copyright interests, to encourage respect for the law, to facilitate the invention and development of innovative products, and to protect the public from being defrauded by the illegal sale of counterfeit goods.

      E.      Under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sales of goods bearing and/or using counterfeits and infringements of Plaintiff's Marks and Copyrights. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Prods. Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under § 1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits . . . is an equitable remedy subject to the principles of equity.'")).

      F.      Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.*, 51 F.3d at 987 (*citing Federal Trade Commission v. United States Oil & Gas Corp.*, 748 F.2d 1431, 1433–34 (11th Cir. 1984)).

      G.      In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark and copyright laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

      Upon review of the Plaintiff's Complaint, Motion, and supporting evidentiary submissions, the Court hereby

**RECOMMENDS** that the Plaintiff's Motion for Preliminary Injunction be **GRANTED**, under the terms set forth below:

1.     Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

a.     Using Plaintiff's RUN-CHICKEN Trademarks, RUN-CHICKEN Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine RUN-CHICKEN product or not authorized by Plaintiff to be sold in connection with Plaintiff's RUN-CHICKEN Trademarks and/or RUN-CHICKEN Copyrights;

b.     Passing off, inducing, or enabling others to sell or pass off any product as a genuine RUN-CHICKEN product, or any other product produced by Plaintiff, that is not Plaintiff's product or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's RUN-CHICKEN Trademarks and/or RUN-CHICKEN Copyrights;

c.     Committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.     Further infringing the Plaintiff's RUN-CHICKEN Trademarks and/or RUN-CHICKEN Copyrights and/or damaging Plaintiff's goodwill;

e.     Otherwise competing unfairly with Plaintiff in any manner;

f.     Shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory

6

not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's RUN-CHICKEN Trademarks and/or RUN-CHICKEN Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof;

g.     Using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit products bearing, using, or infringing on the RUN-CHICKEN Trademarks and/or RUN-CHICKEN Copyrights; and

h.     Operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing, using, or infringing on Plaintiff's RUN-CHICKEN Trademarks and/or RUN-CHICKEN Copyrights and/or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine RUN-CHICKEN product or not authorized by Plaintiff to be sold in connection with Plaintiff's RUN-CHICKEN Trademarks and/or RUN-CHICKEN Copyrights.

2.     Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including all PayPal, Inc. ("PayPal"), Alipay, Wish, Walmart, Joom, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, DHgate, eBay, Payoneer, Inc. ("Payoneer"), PingPong Global Solutions, Inc. ("PingPong"), Coinbase Global, Inc. ("Coinbase"), LianLian Global t/as LL Pay U.S., LLC ("LianLian"), AllPay Limited ("AllPay"), Union Mobile Financial Technology Co., Ltd ("Union Mobile"), World First UK Ltd. ("World

7

First"), Paxful, Inc. ("Paxful"), Shopify, Inc. ("Shopify"), Stripe, Inc. ("Stripe"), OFX Group ("OFX"), Sellers Funding Corp ("SellersFund"), their financial accounts, including by way of example all Amazon, PayPal, Payoneer, LianLian, AllPay, PingPong, Coinbase, Union Mobile, and eBay accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through h, above.

3.      The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

4.      Those with actual notice of this Order, including any online marketplaces such as the Online Marketplaces, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing, and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

a.      disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit goods bearing, using, or infringing on the RUN-CHICKEN Trademark and/or RUN-CHICKEN Copyrights, including any accounts associated with the Defendants listed on the Schedule A to the Preliminary Injunction Order;

b.      disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the RUN-CHICKEN Trademarks and/or RUN-CHICKEN Copyrights; and

c.      take all steps necessary to prevent links to the Defendant Domain Names identified on the Schedule A to the Preliminary Injunction Order from displaying in search results,

8

including, but not limited to, removing links to the Defendant Domain Names from any search index.

5.      Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as the Online Marketplace Platforms, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including PayPal, Alipay, Wish, WalMart, Joom, Alibaba, Ant Financial, Amazon Pay, DHgate, eBay, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, World First, Paxful, Shopify, Stripe, OFX, SellersFund, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery—based on the identifying information provided by Plaintiff's counsel including but not limited to, account IDs, legal names, and associated email addresses— including copies of all documents and records in such person's or entity's possession or control relating to:

a.      The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b.      The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective

Online Marketplace Accounts and Defendant Domain Names;

       c.     Defendants' websites and/or any Online Marketplace Accounts;

       d.     The Defendant Domain Names or any domain name registered by Defendants; and

       e.     Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish, WalMart, Joom, Alibaba, Ant Financial, Amazon Pay, DHgate, eBay, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, World First, Paxful, Shopify, Stripe, OFX, SellersFund or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6.     Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.     Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by Defendants until further ordered by this Court.

8.     The Marketplace Platforms shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

       a.     Locate all accounts and funds connected and/or related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Amazon, PayPal, Payoneer, LianLian, AllPay, PingPong, Coinbase, Union Mobile, and eBay

accounts connected and/or related to the information listed in Schedule A to the Complaint; and

b.      Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9.      The Financial Institutions, any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within five (5) business days of receipt of this Order:

a.      Locate all accounts and funds connected and/or related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected and/or related to the information listed in Schedule A to this Order; and

b.      Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

10.     Plaintiff may provide notice of these proceedings to Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website or by sending an e-mail to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

11.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court. The Court, in its own discretion, hereby increases the bond amount in this matter to **twenty-five thousand dollars ($25,000.00)**. The Plaintiff is to file the outstanding amount, or fifteen thousand

dollars ($15,000.00), with the Court.

## **OBJECTIONS**

Pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Rule 4(a), Plaintiff has THREE (3) days from the date of this Report and Recommendation to serve and file written objections, if any, with the District Judge.1 *See generally Jeffrey S. by Ernest S. v. State Bd. of Educ. of State of Ga.*, 896 F.2d 507 (11th Cir. 1990). Failure to timely file objections will bar a de novo determination by the district judge of anything in this Report and shall constitute a waiver of a party's "right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020); 28 U.S.C. § 636(b)(1)(C).

**SIGNED** this 23rd day of October, 2023.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

**cc: United States District Judge Kathleen M. Williams;**

**Counsel of Record**

**SCHEDULE A**

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| | | |
| 231 | fengchenseta | https://www.amazon.com/sp?seller=a3mq57zdngbvoy |
| 232 | LCHENGXUN | https://www.amazon.com/sp?seller=A2NTWGTMNZILN7 |
| 233 | New Energy Lithium Battery Suppliers | https://www.amazon.com/sp?seller=A2I242JBS7Z464 |
| 234 | the King's Treasure | https://www.amazon.com/sp?seller=A3DU6OOGYM6O9N |
| 235 | twjWq | https://www.amazon.com/sp?seller=AWIGYW23GVL1K |
| 236 | WenJiuKeJi | https://www.amazon.com/sp?seller=A2C683J0XG7UII |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 237 | XOOZO | https://www.amazon.com/sp?seller=A1P46JS7WN0Z91 |
| 238 | zhengzhouchangpei | https://www.amazon.com/sp?seller=A2REN08Q0D8LMW |
| 239 | ZhongYangXianZhiXinBaiHuoDian | https://www.amazon.com/sp?seller=A3KFQAAX3CQ4GO |
| 240 | 惠藤百货店 | https://www.amazon.com/sp?seller=A2LWV97CKT14LH |
| 241 | btqk | https://www.dhgate.com/store/about-us/21819585.html |
| 242 | bvbs | https://www.dhgate.com/store/about-us/21817851.html |
| 243 | cy8p | https://www.dhgate.com/store/about-us/21818347.html |
| 244 | d65j | https://www.dhgate.com/store/about-us/21819384.html |
| 245 | d6zo | https://www.dhgate.com/store/about-us/21818608.html |
| 246 | duqx | https://www.dhgate.com/store/about-us/21819815.html |
| 247 | dxxo | https://www.dhgate.com/store/about-us/21801005.html |
| 248 | eh7b | https://www.dhgate.com/store/about-us/21818482.html |
| 249 | fbbm | https://www.dhgate.com/store/about-us/21800937.html |
| 250 | g3nr | https://www.dhgate.com/store/about-us/21819287.html |
| 251 | go5m | https://www.dhgate.com/store/about-us/21800595.html |
| 252 | gou09 | https://www.dhgate.com/store/about-us/21149435.html |
| 253 | gq9g | https://www.dhgate.com/store/about-us/21800967.html |
| 254 | gs6k | https://www.dhgate.com/store/about-us/21817849.html |
| 255 | hq2l | https://www.dhgate.com/store/about-us/21800604.html |
| 256 | hwzp | https://www.dhgate.com/store/about-us/21818743.html |
| 257 | hzra | https://www.dhgate.com/store/about-us/21800612.html |
| 258 | ijlj | https://www.dhgate.com/store/about- |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|  |  | us/21818561.html |
| 259 | jwh4 | https://www.dhgate.com/store/about-us/21819844.html |
| 260 | k9rs | https://www.dhgate.com/store/about-us/21818551.html |
| 261 | m2xn | https://www.dhgate.com/store/about-us/21818338.html |
| 262 | ot2q | https://www.dhgate.com/store/about-us/21800571.html |
| 263 | p5oz | https://www.dhgate.com/store/about-us/21818458.html |
| 264 | qqly | https://www.dhgate.com/store/about-us/21800667.html |
| 265 | rqa9 | https://www.dhgate.com/store/about-us/21820596.html |
| 266 | tke5 | https://www.dhgate.com/store/about-us/21800787.html |
| 267 | tlqr | https://www.dhgate.com/store/about-us/21800847.html |
| 268 | uaum | https://www.dhgate.com/store/about-us/21818864.html |
| 269 | v0al | https://www.dhgate.com/store/about-us/21818374.html |
| 270 | v4zf | https://www.dhgate.com/store/about-us/21819657.html |
| 271 | whku | https://www.dhgate.com/store/about-us/21800593.html |
| 272 | wxhx | https://www.dhgate.com/store/about-us/21800651.html |
| 273 | xskq | https://www.dhgate.com/store/about-us/21818457.html |
| 274 | ygcy | https://www.dhgate.com/store/about-us/21800941.html |
| 275 | z5l0 | https://www.dhgate.com/store/about-us/21818337.html |
| 276 | zewy | https://www.dhgate.com/store/about-us/21800951.html |
| 277 | zjr5 | https://www.dhgate.com/store/about-us/21818745.html |
| 278 | zptv | https://www.dhgate.com/store/about-us/21818730.html |
| 279 | 100percentworth | https://www.ebay.com/usr/100percentworth |
| 280 | 2020augustshop | https://www.ebay.com/usr/2020augustshop |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 281 | admoo-84 | https://www.ebay.com/usr/admoo-84 |
| 282 | ahalay_84 | https://www.ebay.com/usr/ahalay_84 |
| 283 | aheiya | https://www.ebay.com/usr/aheiya |
| 284 | alicetopshop360 | https://www.ebay.com/usr/alicetopshop360 |
| 285 | altheremma | https://www.ebay.com/usr/altheremma |
| | | |
| 287 | anicemall | https://www.ebay.com/usr/anicemall |
| 288 | aplus-bargain | https://www.ebay.com/usr/aplus-bargain |
| 289 | autopartsfactory2018 | https://www.ebay.com/usr/autopartsfactory2018 |
| 290 | aviel_store | https://www.ebay.com/usr/aviel_store |
| 291 | ayiyistore | https://www.ebay.com/usr/ayiyistore |
| 292 | bbsryt | https://www.ebay.com/usr/bbsryt |
| 293 | best2022ms | https://www.ebay.com/usr/best2022ms |
| 294 | bestdealwow | https://www.ebay.com/usr/bestdealwow |
| 295 | bestmerchandise4u | https://www.ebay.com/usr/bestmerchandise4u |
| 296 | bestoreforyou | https://www.ebay.com/usr/bestoreforyou |
| 297 | buysmartly | https://www.ebay.com/usr/buysmartly |
| 298 | coua3327 | https://www.ebay.com/usr/coua3327 |
| 299 | denmall850 | https://www.ebay.com/usr/denmall850 |
| 300 | dentalove | https://www.ebay.com/usr/dentalove |
| 301 | diverseshop1 | https://www.ebay.com/usr/diverseshop1 |
| 302 | dodailybuy | https://www.ebay.com/usr/dodailybuy |
| 303 | dushi_e-mart | https://www.ebay.com/usr/dushi_e-mart |
| 304 | edebenlasa-0 | https://www.ebay.com/usr/edebenlasa-0 |
| 305 | edu_kidshop | https://www.ebay.com/usr/edu_kidshop |
| 306 | enjoysale858 | https://www.ebay.com/usr/enjoysale858 |
| 307 | esfa2669 | https://www.ebay.com/usr/esfa2669 |
| 308 | ethan_9040 | https://www.ebay.com/usr/ethan_9040 |
| 309 | evergreen-online | https://www.ebay.com/usr/evergreen-online |
| 310 | fgal_us_rajbyro78 | https://www.ebay.com/usr/fgal_us_rajbyro78 |
| 311 | findthings_us | https://www.ebay.com/usr/findthings_us |
| 312 | flash-smart | https://www.ebay.com/usr/flash-smart |
| 313 | floraselling | https://www.ebay.com/usr/floraselling |
| 314 | forhappiness | https://www.ebay.com/usr/forhappiness |
| 315 | fssgogogo | https://www.ebay.com/usr/fssgogogo |
| 316 | galaxyond | https://www.ebay.com/usr/galaxyond |
| 317 | germanniasuperstore | https://www.ebay.com/usr/germanniasuperstore |
| 318 | gift_by_lucas | https://www.ebay.com/usr/gift_by_lucas |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 319 | giftbyoliver | https://www.ebay.com/usr/giftbyoliver |
| 320 | giftsbyjohn | https://www.ebay.com/usr/giftsbyjohn |
| 321 | giorgosyamaha | https://www.ebay.com/usr/giorgosyamaha |
| 322 | greatcda | https://www.ebay.com/usr/greatcda |
| 323 | greatdeshop2019 | https://www.ebay.com/usr/greatdeshop2019 |
| 324 | haedi-43 | https://www.ebay.com/usr/haedi-43 |
| 325 | happy-time189 | https://www.ebay.com/usr/happy-time189 |
| 326 | heartbeat_shop | https://www.ebay.com/usr/heartbeat_shop |
| 327 | houseofaces | https://www.ebay.com/usr/houseofaces |
| 328 | iebrstore | https://www.ebay.com/usr/iebrstore |
| 329 | jiejuk21 | https://www.ebay.com/usr/jiejuk21 |
| 330 | jinweijian | https://www.ebay.com/usr/jinweijian |
| 331 | jordymarketingplace | https://www.ebay.com/usr/jordymarketingplace |
| 332 | kexinkang-su | https://www.ebay.com/usr/kexinkang-su |
| 333 | kosincong-su | https://www.ebay.com/usr/kosincong-su |
| 334 | ktnauto | https://www.ebay.com/usr/ktnauto |
| 335 | letoaw | https://www.ebay.com/usr/letoaw |
| 336 | liamgores-40 | https://www.ebay.com/usr/liamgores-40 |
| 337 | lidan-516 | https://www.ebay.com/usr/lidan-516 |
| 338 | llytna | https://www.ebay.com/usr/llytna |
| 339 | localdelivery | https://www.ebay.com/usr/localdelivery |
| 340 | luck5star | https://www.ebay.com/usr/luck5star |
|  |  |  |
| 342 | maloub-68 | https://www.ebay.com/usr/maloub-68 |
| 343 | mengmengdamai | https://www.ebay.com/usr/mengmengdamai |
| 344 | nanhaipuruite-1 | https://www.ebay.com/usr/nanhaipuruite-1 |
| 345 | newbrandselling | https://www.ebay.com/usr/newbrandselling |
| 346 | nihaopeiqi | https://www.ebay.com/usr/nihaopeiqi |
| 347 | ogra.shos | https://www.ebay.com/usr/ogra.shos |
| 348 | oldda06 | https://www.ebay.com/usr/oldda06 |
| 349 | ompal-35 | https://www.ebay.com/usr/ompal-35 |
| 350 | one.click.deal | https://www.ebay.com/usr/one.click.deal |
| 351 | ophicohe6 | https://www.ebay.com/usr/ophicohe6 |
| 352 | pisgathshekel | https://www.ebay.com/usr/pisgathshekel |
| 353 | premium_us_shop | https://www.ebay.com/usr/premium_us_shop |
| 354 | premiumity_0 | https://www.ebay.com/usr/premiumity_0 |
| 355 | probike838 | https://www.ebay.com/usr/probike838 |
| 356 | prtxxxyt | https://www.ebay.com/usr/prtxxxyt |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 357 | qwer19-532 | https://www.ebay.com/usr/qwer19-532 |
| 358 | reshetdesign | https://www.ebay.com/usr/reshetdesign |
| 359 | ryx20000 | https://www.ebay.com/usr/ryx20000 |
| 360 | ryxsupermarket | https://www.ebay.com/usr/ryxsupermarket |
| 361 | save-lots4u | https://www.ebay.com/usr/save-lots4u |
| 362 | sell_the_item | https://www.ebay.com/usr/sell_the_item |
| 363 | setopshop | https://www.ebay.com/usr/setopshop |
| 364 | shaharsin | https://www.ebay.com/usr/shaharsin |
| 365 | shengjin79 | https://www.ebay.com/usr/shengjin79 |
| 366 | shengyuwangluo01 | https://www.ebay.com/usr/shengyuwangluo01 |
| 367 | shuaifna465 | https://www.ebay.com/usr/shuaifna465 |
| | | |
| 369 | style_discount | https://www.ebay.com/usr/style_discount |
| 370 | sunlight-house | https://www.ebay.com/usr/sunlight-house |
| 371 | syarum_0 | https://www.ebay.com/usr/syarum_0 |
| 372 | tasuda_0 | https://www.ebay.com/usr/tasuda_0 |
| 373 | tnn0000 | https://www.ebay.com/usr/tnn0000 |
| 374 | valeria_storee | https://www.ebay.com/usr/valeria_storee |
| 375 | vvipstore | https://www.ebay.com/usr/vvipstore |
| 376 | wangan-56 | https://www.ebay.com/usr/wangan-56 |
| 377 | wangtianyu5649 | https://www.ebay.com/usr/wangtianyu5649 |
| 378 | wercham-31 | https://www.ebay.com/usr/wercham-31 |
| 379 | widesupplier999 | https://www.ebay.com/usr/widesupplier999 |
| 380 | wing_999 | https://www.ebay.com/usr/wing_999 |
| | | |
| 382 | yellow_yt | https://www.ebay.com/usr/yellow_yt |
| 383 | yiyiukmall | https://www.ebay.com/usr/yiyiukmall |
| 384 | yullstore | https://www.ebay.com/usr/yullstore |
| 385 | guangzhouqinhuangkejiyouxiango | https://www.walmart.com/reviews/seller/101358161 |
| 386 | Ineffable Decor | https://www.walmart.com/reviews/seller/101177023 |
| 387 | the king store | https://www.walmart.com/reviews/seller/101311327 |
| 388 | TOOL COLLECTION | https://www.walmart.com/reviews/seller/101194979 |
| 389 | Warm spring blossoms Cp., Ltd. | https://www.walmart.com/reviews/seller/101288182 |
| 390 | xiyun003 | https://www.walmart.com/reviews/seller/10133898 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| | | 1 |
| 391 | xiyun005 | https://www.walmart.com/reviews/seller/101340844 |
| 392 | East Emory International | https://www.wish.com/merchant/5e7462d2ae326622b871c591 |
| 393 | EwatchFashion | https://www.wish.com/merchant/58b9334038a8ba50589442bc |
| 394 | luck xiao qi qi | https://www.wish.com/merchant/5dd49d6ea264fd15caf32593 |
| 395 | nicerooom | https://www.wish.com/merchant/5b027c61651e610882cde08a |
| 396 | PONERA LLC | https://www.wish.com/merchant/62c5d513b62d151d084c6d23 |
| 397 | xuming5491 | https://www.wish.com/merchant/61750643851899e65485d3f2 |