UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-23185-CV-WILLIAMS

RUN-TIGER, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

    Defendants.
_____/

## **ORDER**

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 69) ("***Report***") on Plaintiff Run-Tiger, LLC's Motion for Entry of Final Default Judgment (DE 62) ("***Motion***") against Defendants listed in Schedule A to the Complaint numbered 233, 235, 236, 239 to 278, 281, 282, 290, 293, 295, 296, 298, 301, 303 to 308, 310, 312, 318 to 321, 324, 325, 327, 329 to 333, 335 to 338, 342, 346 to 355, 357, 358, 364, 365, 367, 370 to 372, 374, 376, 377, 380, 382, 385, and 389 to 396 ("***Defaulting Defendants***").[1]  In the Report, Judge Reid recommends that the Motion be **GRANTED**. (DE 69 at 1.)

Specifically, Judge Reid recommends that (i) Plaintiff's Motion for Final Default Judgment (DE 62) be granted, and a permanent injunction be entered against Defendants; (ii) Plaintiff's request for statutory damages for copyright infringement be

---

[1] Plaintiff's Motion (DE 62) includes multiple Defendants who have been voluntarily dismissed since the filing of the Motion: Defendants Nos. 231, 279, 283 to 285, 287 to 289, 291, 292, 294, 297, 299, 300, 302, 311, 313 to 316, 322, 326, 334, 339, 340, 343 to 345, 356, 359, 360 to 362, 366, 373, 375, 378, 379, 383, 384, 386, 388, and 397 listed in Schedule A.  Accordingly, the Court excludes these Defendants from this Order.

granted and Plaintiff be awarded a total of $150,000 in statutory damages against each Defaulting Defendant; and (iii) Plaintiff's request for statutory damages for the use of counterfeit marks be granted and Plaintiff be awarded a total of $200,000 in statutory damages against each Defaulting Defendant. (DE 69 at 9, 11, 12.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 69) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Entry of Final Default Judgment (DE 62) against Defaulting Defendants is **GRANTED** and a permanent injunction is entered against Defaulting Defendants.

3. Plaintiff's request for statutory damages for copyright infringement is **GRANTED** and Plaintiff is awarded a total of $150,000 in statutory damages against each Defaulting Defendant.

4. Plaintiff's request for statutory damages for the use of counterfeit marks is **GRANTED** and Plaintiff is awarded a total of $200,000 in statutory damages against each Defaulting Defendant.

5. The Court will separately issue a default final judgment.

6. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of April, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE